AO 442 (Rev. 12/85) Warrant for Arrest

1/29/09

# United States District Court

DISTRICT OF **OREGON**

FILED '09 FEB 02 16:10 USDC-ORE

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| GREGORY PAUL FREEMAN | |

CASE NUMBER: 09-3016

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **GREGORY PAUL FREEMAN**
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with   willfully using a telephone to make a threat to kill, injure, or intimidate an individual and unlawfully damage or destroy a building or other real or personal property by means of fire or an explosive.

in violation of Title   **18**   United States Code, Section   **844(e)**   .

Thomas M. Coffin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing officer

1/30/09   Eugene, Oregon
Date and Location

Bail fixed at $   detention   by _____
                                   Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at his place of abode by the Eugene Police Department along with the US Federal Bureau of Investigation & brought to the United States Marshals Service Cellblock for IA before the duty Magistrate.

| DATE RECEIVED<br>01/30/2009 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Betita, Dpty for US FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>02/02/2009 | | |